The relief described hereinbelow is SO ORDERED

Done this 3rd day of May, 2019.

*Bess M. Parrish Creswell*

**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BETTY REEDER RANDOLPH | ) | |
| | ) | CASE NO. 19-30428-BPC-13 |
| Debtor(s). | ) | |

### AGREED ORDER TERMINATING STAY

Now comes J.L. LANE LENDING LLC and the Debtor(s), by their respective counsel, and having advised the Court that this creditor and the Debtor wish to continue a state court case to determine the status of the foreclosure of real property commonly known as 898 County Road 42, Tuskegee, Alabama 36083 and the Court being otherwise sufficiently advised,

IT IS ORDERED that the stay afforded by 11 U.S.C. Section 362 is hereby TERMINATED FOR THE LIMITED PURPOSE TO CONTINUE THE STATE COURT ACTION TO DETERMINE THE STATUS OF THE FORECLOSURE. The stay of execution provided by Bankruptcy Rule 4001 is hereby waived by the debtor.

This order was reviewed and agreed to by counsel for debtor and Trustee.

### END OF ORDER ###

This order prepared by:

/s/ *Kristen P. Abbott*
Leonard N. Math, Attorney for Creditor
CHAMBLESS MATH ˜CARR P.C.
P.O. Box 230759
Montgomery, Alabama 36123
334-272-2230
noticesmd@chambless-math.com


This order consented to by:

/s/ *Kristen P. Abbott*
Leonard N. Math, Attorney for Creditor
CHAMBLESS MATH ˜CARR P.C.
P.O. Box 230759
Montgomery, Alabama 36123
334-272-2230
noticesmd@chambless-math.com

/s/ *Kellie Tubbs*
STEPHEN L. KLIMJACK, Attorney for the Debtors
STEPHEN L. KLIMJACK, LLC
1252 DAUPHIN ST
MOBILE AL 36604
(251)694-0600

/s/ *Audrey Willis*
Staff Attorney, Office of the Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101-0173
(334)262-8371
trustees_office@ch13mdal.com